AUSA Lauren Jorgensen

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
|  | ) | Case No. 11-8126-LRJ |
| GERSON THERAMENE | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 29, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 922(g)(1) | POSSESSION OF A FIREARM BY A CONVICTED FELON |

This criminal complaint is based on these facts:

SEE AFFIDAVIT OF TASK FORCE OFFICER BRIAN T. ARLOTTA, FEDERAL BUREAU OF INVESTIGATION, ATTACHED HERETO.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO BRIAN T. ARLOTTA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
the Court finds probable cause.

Date: __04/29/2011__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    LINNEA R. JOHNSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian T. Arlotta, being duly sworn, depose and state:

1. That I have been a sworn Police Officer in the State of Florida since 1981 and am currently assigned to the FBI Safe Streets Task Force and the Criminal Investigations Division at the West Palm Beach Police Department, which investigates violent felony crimes which include homicides, sexual offenses, robberies, aggravated assaults and batteries. Your Affiant holds a certificate of compliance from the Board of Police Officer Standards and Training for having fulfilled the requirements of character, education and training as prescribed in Chapter 23.069(2) of the Florida Statutes of 1967.

2. I make this statement based on my personal knowledge, interviews with law-enforcement officers and information obtained through investigation. This affidavit does not contain every fact of this investigation, only the necessary information to support the arrest of Gerson **THERAMENE**.

3. In October of 2010, Agents of the West Palm Beach Police Department received information from a confidential informant that the occupants of 3714 Westview Avenue, in the city of West Palm Beach, Palm Beach County, Florida, were selling illegal narcotics from their residence.

4. During their investigation three controlled buys for cocaine were made from the residence by their confidential informant. In each case the purchased cocaine was NIK tested positive for cocaine and placed into evidence at the West Palm Beach Police Department. The last controlled buy was made during the week of April 24th

through April 30th, 2011.

5. Based on the Agents' investigation, Palm Beach County Judge Nancy Perez signed a lawful search warrant for 3714 Westview Avenue, West Palm Beach, Palm Beach County, Florida. With the assistance of the West Palm Beach Police SWAT Team, the search warrant was executed at approximately 0500 hours on April 29, 2011. Agents located and identified four individuals inside the residence. In the southwest corner bedroom were located two females. In the south side middle bedroom, there was one female, one male and and Gerson **THERAMENE**, a black male.

6. While conducting their search, Agents seized several different type of narcotics throughout the residence. In the south middle bedroom dresser drawer 8.1 grams of cocaine and 1.1 grams of crack cocaine were discovered along with correspondence for Gerson **THERAMENE** and andother individual. In the same bedroom a hand gun was found on the floor next to the night stand.

7. The firearm was a Ruger 9mm, model P95DC, serial number 31272599 and had a loaded magazine with one round in the chamber. The firearm was equipped with a nineteen round extended magazine.

8. Gerson **THERAMENE** and one of the female subjects were transported to the West Palm Beach Police Department for further investigation. After being advised of his rights pursuant to Miranda, **THERAMENE** told Agents that that the recovered cocaine and firearm belonged to him. **THERAMENE** gave a recorded statement claiming he purchased the firearm approximately two months ago from a crack addict for one hundred and twenty five dollars. **THERAMENE** admitted that he was a

convicted felon and was aware that he was not allowed to possess a firearm. **THERAMENE** stated that he purchased the firearm for self defense.

9. NCIC records check on Gerson **THERAMENE** confirmed that he had seven felony convictions, with the last conviction on 03/08/2009 which is a conviction for possession of cocaine.

10. In view of the above, your affiant believes there is probable cause to believe that on or about April 29, 2011, in the Southern District of Florida, Gerson **THERAMENE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms and one or more rounds of ammunition in and affecting commerce, in violation of Title 18, United States Code, Section 922(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Det. Brian T. Arlotta
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed
before me this 29 day of
April 2011.

LINNEA R. JOHNSON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11-8126-LRJ

IN RE: CRIMINAL COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 So. Australian Avenue, Suite 400
West Palm Beach, FL  33401
TEL (561) 820-8711
FAX (561) 659-4526
E-mail Address: Lauren.Jorgensen@usdoj.gov